# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 29 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  **13-1190 TJS**
CHRISTOPHER LEE STEVENS, JR )
(DOB: 6/16/1991; SSN ENDING 6808; )
FBI NO. 230326ED1) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
CHRISTOPHER LEE STEVENS, JR
(DOB: 6/16/1991; SSN ENDING 6808;
FBI NO. 230326ED1)
located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva samples for DNA evidence comparison. (See Attached Affidavit)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
✓ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g), (j) (u) | Possession of firearms by a prohibited person, possession of stolen firearms and theft from a licensed firearm dealer) |

The application is based on these facts:
See attached affidavit

✓ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Greg Rotberg, BATFE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 15, 2013

_____
*Judge's signature*

City and state:  Baltimore, Maryland          Timothy J. Sullivan, USMJ